# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHRISTOPHER EMORY CRAMER<br>RICKY ALLEN FACKRELL | **GOV. EXHIBIT LIST – PHASE III**<br><br>Case Number:  1:16-CR-26 |

| PRESIDING JUDGE<br>JUDGE MARCIA CRONE | PLAINTIFF'S ATTORNEY<br>Joe Batte/John Craft/Sonia Jimenez | DEFENDANT'S ATTORNEY<br>G. Patrick Black/Douglas Barlow/Robert Morrow/ Gerald Bourque |
|---|---|---|
| TRIAL DATE (S)<br>May 14 – June 12, 2018 | COURT REPORTER<br>TONYA JACKSON | COURTROOM DEPUTY<br>PATRICIA ANDING |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 5/2/18 | X | X | Aerial View of the Prison |
| 1D, F, G, H, J, K | | 5/3/18 | X | X | Photos from Front Gate to DA Unit |
| 1B, C, E, I | | 5/7/18 | X | X | Photos from Front Gate to DA Unit |
| 2A | | 4/30/18 | X | X | Photo of Christopher Cramer |
| 2B | | 4/30/18 | X | X | Photo of Ricky Fackrell |
| 2C | | 4/30/18 | X | X | Photo of Leo Johns |
| 2D | | 4/30/18 | X | X | Photo of Michael Shelton |
| 2E | | 4/30/18 | X | X | Photo of Otis Carden |
| 2F | | 4/30/18 | X | X | Photo of Bradley Wasson |
| 2G | | 4/30/18 | X | X | Photo of Alex Fetters |
| 2H | | 4/30/18 | X | X | Photo of Ricky Myers |
| 2I | | 4/30/18 | X | X | Photo of Jason Thompson |
| 2J | | | | | Photo of Travis Blodgett |
| 2K | | | | | Photo of Andrew Creech |
| 2L | | 4/30/18 | X | X | Photo of Eric Rekonen |
| 2M | | 4/30/18 | X | X | Photo of Leo Johns and Christopher Cramer |
| 2N | | 5/7/18 | X | X | Photo of Leo Johns, Ricky Fackrell and Jason Thompson |
| 3A | | | | | Still photos from Video Compilation |
| 3B | | 5/7/18 | X | X | Compilation Video of Incident (Clips 1 – 43) |
| 3C | | 5/7/18 | X | X | CA Camera 189 |
| 3D | | 5/7/18 | X | X | CA Camera 193 |
| 3E | | 5/7/18 | X | X | DA Outer Camera 381 |

| | | | | | |
|---|---|---|---|---|---|
| 3F | | 5/7/18 | X | X | DA Unit Camera 211 |
| 3G | | 5/7/18 | X | X | DA Unit Inner Camera 397 |
| 3H | | 5/7/18 | X | X | Tower 8 RF 406 |
| 3I | | 5/7/18 | X | X | DA Unit Camera 209 |
| 3J | | 5/7/18 | X | X | DA Unit Camera 214 |
| 3K | | 5/7/18 | X | X | DA Unit Camera 215 |
| 3L | | 5/7/18 | X | X | DA Unit Camera 216 |
| 3M | | 5/7/18 | X | X | AA Outer Camera 375 |
| 4A | | 5/2/18 | X | X | D-A Unit 1st Floor Cell Layout |
| 4B | | 5/2/18 | X | X | D-A Unit 2nd Floor Cell Layout |
| 4C | | | | | D-A Unit 1st Floor Cell Layout 201 to 210 |
| 4D | | | | | D-A Unit 1st Floor Cell Layout 211 to 220 |
| 4E | | 5/7/18 | X | X | D-A Unit 1st Floor Cell Layout 221 to 232 |
| 5A | | 5/3/18 | X | X | Color Photo of Emergency Personnel inside of Cell |
| 6A | | 5/3/18 | X | X | Color Photo of cell 6/9/2014 |
| 6B | | 5/3/18 | X | X | Color Photo of inside of cell with numbers 6/9/2014 |
| 6C | | 5/3/18 | X | X | Color Photo of inside of cell with numbers 6/9/2014 |
| 6D | | 5/3/18 | X | X | Color Photo of inside of cell showing number 5 6/9/20914 |
| 6E | | 5/3/18 | X | X | Color Photo of inside of cell showing number 15 6/9/2015 |
| 6F | | 5/3/18 | X | X | Color Photo of inside of cell numbers 6, 7, 8, 9 |
| 6G | | 5/3/18 | X | X | Color Photo of Leo Johns' shirt 6/9/2014 |
| 6H | | 5/3/18 | X | X | Color Photo of Leo Johns' shirt (zoomed in) 6/9/2014 |
| 6I | | 5/3/18 | X | X | Color Photo of cell |
| 7A | | 5/1/18 | X | X | Medical Examiner's Diagram of Leo Johns |
| 7B | | 5/1/18 | X | X | Medical Examiner's Diagram of Torso Leo Johns |
| 7C | | 5/1/18 | X | X | Color Photo of Autopsy - Leo Johns' Torso |
| 7D | | 5/1/18 | X | X | Color Photo of Autopsy – Leo Johns' Face right side |
| 7E | | 5/1/18 | X | X | Color Photo of Autopsy – Leo Johns' Face left side |
| 7F | | 5/1/18 | X | X | Color Photo of Autopsy – Leo Johns' Torso |
| 7G | | 5/1/18 | X | X | Color Photo of Autopsy – Leo Johns' left arm |
| 7H | | 5/1/18 | X | X | Color Photo of Autopsy – Leo Johns' left arm |
| 7I | | 5/1/18 | X | X | Color Photo of Autopsy – Leo Johns' back |
| 8A | | | | | Autopsy Report (5 pages) |
| 8B | | | | | Post Mortem Toxicology Report for Leo Johns (2 pages) |

| | | | | | |
|---|---|---|---|---|---|
| 9A | | 4/30/18 | X | X | Photo of Injury on Cramer's elbow |
| 10A | | 5/7/18 | X | X | Boots |
| 10B | | | | | Shirt |
| 11A | | 5/2/18 | X | X | Shelton "Kite" |
| 11B | | 5/2/18 | X | X | Handwriting Exemplar Sample One (6 pages) |
| 11C | | 5/2/18 | X | X | Handwriting Exemplar Sample Two (12 pages) |
| 11D | | 5/2/18 | X | X | Handwriting Exemplar Sample Three (7 pages) |
| 11E | | 5/2/18 | X | X | Handwriting Exemplar Sample Four (9 pages) |
| 11F | | 5/2/18 | X | X | Handwriting Exemplar Sample Five (11 pages) |
| 11G | | 5/2/18 | X | X | Demonstrative Comparison |
| 11H | | | | | FBI Handwriting Analysis Report 1/12/2018 (4 pages) |
| 11I | | | | | FBI Handwriting Analysis Report 2/5/2018 (4pages) |
| 12A | | | | | FBI Agent David Sutherland Report (3 pages) |
| 12B | | | | | Special Investigations Agent Reshay Childress Reports (10 pages) 8/5/2017 |
| 12C | | | | | Special Investigations Agent Reshay Childress 11/17/2017 (4 pages) |
| 13A | | 5/7/18 | X | X | Fackrell Visitor Info 6/7/2014 |
| 13B | | 5/7/18 | X | X | Fackrell Visitor Info 6/8/2014 |
| 14A | | 5/10/18 | X | X | Cramer birth certificate |
| 14B | | 5/10/18 | X | X | Fackrell birth certificate |
| 15A | | 5/10/18 | X | X | Indictment from Utah Assault ( 2 pages) |
| 15B | | 5/10/18 | X | X | Judgment from Utah Assault (3 pages) |
| 15C | | | | | Officer Maul's report (2 pages) |
| 16A | | 5/10/18 | X | X | Judgment and Commitment Order from Hobbs Act Robbery 8/25/2005 (5 pages) |
| 16B | | 5/10/18 | X | X | Judgment and Commitment Order from Hobbs Act Robbery 2/5/2008 (5 pages) |
| 17A | | 5/14/18 | X | X | Color Photo of Victim from 5/21/2004 |
| 17B | | | | | Video Clips from Assault from 5/21/2004 |
| 18A | | 5/10/18 | X | X | Judgment and Commitment Order from Assault in WV (6 pages) |

| | | | | | |
|---|---|---|---|---|---|
| 18B | 5/10/18 | X | X | Photos of Rock and Hat | |
| 18C | 5/10/18 | X | X | Photos of Dooley (victim) | |
| 18D | 5/10/18 | X | X | Photo of Fackrell | |
| 19A | 5/14/18 | X | X | Photo of Bank from robbery | |
| 19B | 5/14/18 | X | X | Photo of Bank from robbery | |
| 19C | 5/14/18 | X | X | Photo of Gas Station (Utah) | |
| 19D | 5/14/18 | X | X | Photo of Bank (Utah) | |
| 19E | 5/14/18 | X | X | Photo of Google Map (Utah) | |
| 19F | 5/14/18 | X | X | Photo of Cramer | |
| 20A | 5/14/18 | X | X | Photo of Cramer from 6/19/06 Incident | |
| 20B | 5/14/18 | X | X | Photo of Victim from 6/19/06 | |
| 20C | | | | Photo of Cramer from 6/19/06 Incident | |
| 21A | | | | Video Clip from 11/29/2008 in McCreary | |
| 21B | | | | Photo of Victim 11/29/2008 | |
| 21C | | | | Photo of Victim 11/29/2008 | |
| 21D | 5/14/18 | X | X | Photo of Victim 11/29/2008 | |
| 21E | 5/14/18 | X | X | Photo of Victim 11/29/2008 | |
| 21F | 5/14/18 | X | X | Photo of Cramer 11/29/2008 | |
| 21G | 5/14/18 | X | X | Photo of weapon 11/29/2008 | |
| 21H | 5/14/18 | X | X | Photo of Victim 11/29/2008 | |
| 21I | 5/14/18 | X | X | Photo of Victim 11/29/2008 | |
| 22A | | | | Video of Wasson stabbing Thompson 12/17/14 | |
| 23A | 5/14/18 | X | X | Photo of Shank from 3/22/2007 Incident | |
| 24A | 5/15/18 | X | X | Photo of Shank from 12/18/2007 | |
| 25A | 5/15/18 | X | X | Color Photos of 11/20/07 Incident (Fackrell) | |
| 25B | 5/15/18 | X | X | Color Photos of 11/20/07 Incident | |
| 26A | 5/16/18 | X | X | Color Photo of Joshua McBee 4/17/15 Incident | |
| 27A | 5/7/18 | X | X | SHU Housing Log 1/30/15 Ricky Fackrell | |
| 27B | 5/7/18 | X | X | SHU Housing Log 1/30/2015 Michael Shelton | |
| 27C | 5/7/18 | X | X | SHU Housing Log 1/30/2015 Travis Blodgett | |
| 27D | 5/7/18 | X | X | SHU Housing Log 1/30/2015 Christopher Cramer | |
| 28A | 5/15/18 | X | X | Video from 11/18/08 Incident | |
| 28B | 5/15/18 | X | X | Color Photo of Fackrell 11/18/08 Incident | |
| 28C | 5/15/18 | X | X | Color Photo of Mattress 11/18/08 Incident | |

| | | | | |
|---|---|---|---|---|
| 28D | 5/15/18 | X | X | Color Photo of Cell 11/18/08 Incident |
| 28E | | | | Color Photo of Window Broken 11/18/08 Incident |
| 28F | 5/15/18 | X | X | Color Photo of Door 11/18/08 Incident |
| 29A | 5/15/18 | X | X | Video Clip of Incident 3/14/03 |
| 29B | 5/15/18 | X | X | Video Clip of Fackrell Cleaning Up 3/14/03 |
| 29C | 5/15/18 | X | X | Color Photo of Chin 3/14/03 |
| 29D | 5/15/18 | X | X | Color Photo of Fackrell 3/14/03 |
| 29E | 5/15/18 | X | X | Color Photo of Face 3/14/03 |
| 29F | 5/15/18 | X | X | Color Photo of Eye 3/14/03 |
| 30A | 5/15/18 | X | X | Video of Incident 9/22/14 (Entire Video 14:56) |
| 30B | 5/15/18 | X | X | Color Photo of Griffith 9/22/14 |
| 30C | 5/15/18 | X | X | Color Photo of Griffith |
| 31A | | | | Black & White Photo of half a shower drain cover 1/7/08 Incident |
| 32A | 5/15/18 | X | X | Color Photo of Rickey Fackrell 9/19/08 |
| 32B | 5/15/18 | X | X | Color Photo of Cell looking into cell 9/19/08 |
| 32C | 5/15/18 | X | X | Color Photo of Cell Desk 9/19/08 |
| 33A | 5/3/18 | X | X | Color Photo of Creech (Face) |
| 33B | | | | Color Photo of Creech (Side of Face) |
| 33C | 5/3/18 | X | X | Color Photo of Creech (Hand) |
| 34A | 5/16/18 | X | X | Color Photo of Cell Door 1/2/15 |
| 34B | 5/16/18 | X | X | Color Photo of Window 1/2/15 |
| 34C | 5/16/18 | X | X | Color Photo of Toilet 1/2/15 |
| 34D | 5/16/18 | X | X | Color Photo of Cell Door Window 1/2/15 |
| 34E | 5/16/18 | X | X | Color Photo of Light Fixture 1/2/15 |
| 34F | 5/16/18 | X | X | Color Photo of Cell 1/2/15 |
| 35A | | | | Color Photo of 3 Man Hold Info 1/21/15 |
| 35B | 5/16/18 | X | X | Color Photo of Cell Door 1/21/15 |
| 35C | 5/16/18 | X | X | Color Photo of Outside of room looking in 1/21/15 |
| 35D | 5/16/18 | X | X | Color Photo of inside of room from the hall 1/21/15 |
| 35E | 5/16/18 | X | X | Color Photo of Close up of Copper Pipe 1/21/15 |
| 35F | 5/16/18 | X | X | Color Photo of twisted metal 1/21/15 |
| 35G | 5/16/18 | X | X | Color Photo of bloody pipe and clothes 1/21/15 |

| | | | | | |
|---|---|---|---|---|---|
| 35H | | 5/16/18 | X | X | Color Photo of hall 1/21/15 |
| 36A | | 5/15/18 | X | X | Color Photo of Ax 3/29/15 |
| 36B | | 5/15/18 | X | X | Color Photo of multiple weapons 3/29/15 |
| 36C | | 5/16/18 | X | X | Ax 3/29/15 |
| 37A | | 5/16/18 | X | X | Color Photo of Ax 4/21/15 |
| 37B | | 5/16/18 | X | X | Color Photo of Knife 4/21/15 |
| 38A | | 5/16/18 | X | X | Color Photo of Ax 3/9/16 |
| 38B | | 5/16/18 | X | X | Ax 3/9/16 |
| 39A | | 5/16/18 | X | X | Use of Force Video from Houston 03/09/2016 |
| 39B | | 5/16/18 | X | X | Photo of Helmet 03/09/2016 Incident |
| 39C | | 5/16/18 | X | X | Color Photos of room from 03/09/2016 Incident |
| 39D | | 5/16/18 | X | X | Color Photo of bed from 03/09/2016 Incident |
| 40A | | 5/16/18 | X | X | Black & White Photo of knife 5/1/16 |
| 40B | | 5/16/18 | X | X | Black & White Photo of weapon 5/1/16 |
| 41A | | 5/16/18 | X | X | Cramer 12/19/2017 phone call (Clips 1 – 3) |
| 42A | | 5/14/18 | X | X | Complete Shelton "Kite" (3 pages) |
| 43A | | | | | Blodgett Note 6/24 |
| 43B | | | | | Blodgett Note 6/25 |
| 43C | | | | | Blodgett Notes 6/28 and "To Do" List (2 pages) |
| 43D | | | | | Blodgett Notes 6/24, 6/25, 6/28 |
| 43E | | | | | Blodgett Letter to Mr. Childress 7/2/14 |
| 43F | | | | | Blodgett Letter to Mr. Childress 7/16/14 |
| 44A | | | | | Cramer Bank Robbery Indictment (Utah) (2 pages) |
| 44B | | 5/10/18 | X | X | Cramer Bank Robbery Judgment (Utah) (6 pages) |
| 45A | | 5/14/18 | X | X | Judgment & Sentencing in California (6 pages) |
| 46A | | | | | Judgment & Sentencing in Kentucky (6 pages) |
| 47A | | 4/30/18 | X | X | Color Photo of Boots with Bag |
| 47B | | | | | Color Photo of Boots |
| 47C | | | | | Color Photo of Boots from the front |
| 47D | | | | | Color Photo of Boots Closeup |
| 47E | | | | | Color Photo of Boots |
| 48A | | 5/14/18 | X | X | Video of 2/19/08 Incident (Justice Incident) |
| 48B | | 5/14/18 | X | X | Color Photo of 2/19/08 Incident (Floor) |
| 48C | | 5/14/18 | X | X | Color Photo of Cramer 2/19/08 Incident |

| 48D | | 5/14/18 | X | X | Color Photo of Cramer hands 2/19/08 Incident |
|---|---|---|---|---|---|
| 48E | | 5/14/18 | X | X | Color Photo of Victim Scotty Justice 2/19/08 Incident |
| 49A | | 5/16/18 | X | X | Color Photo of Cramer (Iron Cross Intertwined with Swastika & 801) |
| 49B | | 5/16/18 | X | X | Color Photo of Cramer (Iron Cross Intertwined with Swastika |
| 49C | | 5/16/18 | X | X | Two Color Photos of Cramer (Celtic Cross) |
| 49D | | 5/16/18 | X | X | Color Photo of Cramer (Multiple Swastikas and Bind Rune) |
| 49E | | 5/16/18 | X | X | Two Color Photos of Cramer (Adolph Hitler) |
| 49F | | 5/16/18 | X | X | Color Photo of Cramer's back (Most Hated) |
| 49G | | 5/16/18 | X | X | Two Color Photos of legs of Cramer |
| 50A | | 5/16/18 | X | X | Color Photo of Fackrell |
| 50B | | 5/16/18 | X | X | Color Photo of Fackrell (Iron Cross Intertwined with Swastika & Triskele) |
| 50C | | 5/16/18 | X | X | Color Photo of Fackrell's torso |
| 50D | | 5/16/18 | X | X | Two Color Photos of Fackrell's arms |
| 50E | | 5/16/18 | X | X | Color Photo of Fackrell (White Power) |
| 50F | | 5/16/18 | X | X | Two Color Photos of Fackrell (side view) |
| 50G | | 5/16/18 | X | X | Color Photo of Fackrell (Image of Hitler) |
| 50H | | 5/16/18 | X | X | Color Photo of back of Fackrell (Extreme Hate, Celtic Cross, Chemical Free Patch |
| 51A | | | | | Color Photo of Cramer (suit and tie) |
| 51B | | | | | Inscription from back of Cramer Photo (suit and tie) |
| 52A | | 5/16/18 | X | X | Leo Johns |
| 52B | | 5/16/18 | X | X | Leo Johns and Wife |
| 52C | | 5/16/18 | X | X | Leo Johns and children |
| 52D | | 5/16/18 | X | X | Leo Johns and children |
| 52E | | 5/16/18 | X | X | Leo Johns and son outside in snow |
| 52F | | 5/16/18 | X | X | Leo Johns and son and miniature golf |
| 52G | | 5/16/18 | X | X | Leo Johns sledding with children |
| 52H | | 5/16/18 | X | X | Card from Leo Johns to child |
| 52I | | 5/16/18 | X | X | Leo Johns Family Photo |
| 52J | | 5/16/18 | X | X | Note to Little Leo from Leo Johns |
| 52K | | 5/16/18 | X | X | Photo of hand drawing |
| 52L | | 5/16/18 | X | X | Victim Impact Statement |
| 53A | | 5/2/18 | X | X | Stipulation of Evidence for Christopher Cramer re: jurisdiction |

| | | | | |
|---|---|---|---|---|
| 53B | 5/10/18 | X | X | Stipulation of Evidence for Christopher Cramer re: age |
| 53C | 5/2/18 | X | X | Stipulation of Evidence for Christopher Cramer re: Exhibit 11F |
| 54A | 5/2/18 | X | X | Stipulation of Evidence for Ricky Fackrell re: jurisdiction |
| 54B | 5/10/18 | X | X | Stipulation of Evidence for Ricky Fackrell re: age |
| 55A | 4/30/18 | X | X | Hand-drawn depiction of metal shanks by Otis Carden 4/30/18 |
| 55B | 5/7/18 | X | X | Photo of Fackrell and Cramer from Video Compilation (Hand Shake) |
| 56A | 5/7/18 | X | X | Photo of Entrance to DA Unit With Ruler Under Door |
| 57A | 5/7/18 | X | X | Photo of DA Unit Measuring Gap Beneath Door |
| 58B | 5/7/18 | X | X | Comparison video |
| 59A | 5/7/18 | X | X | Photo of Fackrell and Cramer entering DA unit |
| 60A | 5/9/18 | X | | Power Point Slide Re: Elements for Count 1 – for record purposes only |
| 61A | 5/14/18 | X | X | Video clips (Wasson/Thompson stabbing) |
| 61B | 5/14/18 | X | X | Video clips (Wasson/Thompson stabbing) |
| 61C | 5/14/18 | X | X | Photo of Jason Thompson |
| 62A | 5/14/18 | X | X | Photo of Cramer – 5/21/04 |
| 63A | 5/15/18 | X | X | Kite for Griffith |
| 64A | 5/16/18 | X | X | Housing Records – Christopher Cramer |
| 64B | 5/16/18 | X | X | Housing Records – Ricky Fackrell |
| 65A | 5/16/18 | X | X | Summary Exhibit of 64A |
| 65B | 5/16/18 | X | X | Summary Exhibit of 64B |
| 66A | 5/30/18 | X | | Video of Petty ADX attack (for purposes of appeal) |
| 70A | 6/6/18 | X | X | BOP Psychology Records 4/25/18 through 5/24/18 |
| 72A | 6/7/18 | X | X | Photos of weapons from Ishmael Petty 10/16/2017 incident |
| 72B | 6/7/18 | X | X | Photos of weapons from Ishmael Petty 10/16/2017 incident |
| 72C | 6/7/18 | X | X | Homemade Body Armor – Ishmael Petty 10/16/2017 incident |
| 72D | 6/7/18 | X | X | Homemade Gas Mask – Ishmael Petty 10/16/2017 incident |
| 72E | 6/7/18 | X | X | Photo of weapon from Ishmael Petty 10/16/2017 incident |
| 73A | 6/7/18 | X | X | General Populations & Step-Down Unit Operations 9/1/2015 |
| 74A | 6/7/18 | X | X | Program Statement dated 2/20/2001 |
| 75A | 6/7/18 | X | X | Control Unit Program document dated 3/16/2017 |
| 76A | 6/7/18 | X | X | Fackrell Juvenile Court document 4/21/2001 |
| 77A | 6/7/18 | X | X | 6/27/2016 Dr. Shara Johnson – Psychology Assessment |
| 78A | 6/7/18 | X | X | Personality Assessment – Dr. Shara Johnson |