UNITED STATES DISTRICT COURT       EASTERN DISTRICT OF TEXAS

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   TEXAS

BEAUMONT DIVISION

| U.S.A. | DEFENDANT (RICKY FACKRELL'S) EXHIBIT LIST (PUNISHMENT |
|---|---|
| V. | |
| CHRISTOPHER EMORY CRAMER<br>RICKY ALLEN FACKRELL | Case Number: 1:16CR26(1)(2) |

| PRESIDING JUDGE<br>Marcia Crone | PLAINTIFF'S ATTORNEY<br>Joe Batte, John Craft, Sonia Jimenez | DEFENDANT'S ATTORNEY<br>Pat Black, Doug Barlow, Robert Morrow, Gerald Bourque |
|---|---|---|
| TRIAL DATE (S)<br>5/14/18 – 6/12/18 | COURT REPORTER<br>Tonya Jackson | COURTROOM DEPUTY<br>Faith Ann Laurents |

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|
| 1A | 6/4/18 | X | X | Ricky Fackrell Rangely Family Medicine Records |
| 2A | 6/4/18 | X | X | Ricky Fackrell Heart Center Mountain West Records |
| 3A | 6/4/18 | X | X | USA v. Ricky Fackrell, 2005 Aggravated Robbery sentencing transcript |
| 4A | 6/4/18 | X | X | Ricky Fackrell Aggravated Robbery 8th District Court Duchesne County Records |
| 5A | 6/4/18 | X | X | Ricky Fackrell Ashley Regional Medical Center Records |
| 6A | 6/4/18 | X | X | Ricky Fackrell Ashley Valley Education Center Records |
| 7A | 6/4/18 | X | X | Ricky Fackrell Colorado 9th Judicial District Records |
| 8A | 6/4/18 | X | X | Ricky Fackrell GED Records |
| 9A | 6/4/18 | X | X | Ricky Fackrell 2004 Northeastern Counseling Center Records |
| 10A | 6/4/18 | X | X | Ricky Fackrell Pioneer Elementary Records |
| 11A | 6/4/18 | X | X | Ricky Fackrell Primary Children's Hospital Records |
| 12A | 6/4/18 | X | X | Ricky Fackrell Rangely High School Records |
| 13A | 6/4/18 | X | X | Ricky Fackrell Social Security Earnings Records |

|     |        |   |   |                                                      |
|-----|--------|---|---|------------------------------------------------------|
| 14A | 6/4/18 | X | X | Ricky Fackrell Susquehanna Health Records            |
| 15A | 6/4/18 | X | X | Ricky Fackrell Uintah Basin Medical Center Records   |
| 16A | 6/4/18 | X | X | Ricky Fackrell Uintah County Sheriff's Office Records |
| 17A | 6/4/18 | X | X | Ricky Fackrell Walmart Pharmacy Records              |
| 18A | 6/4/18 | X | X | Ricky Fackrell Weber School District Records         |
|     |        |   |   | Ricky Fackrell Infancy Photographs                   |
| 19A | 6/4/18 | X | X | -   Infancy A                                        |
| 19B | 6/4/18 | X | X | -   Infancy B                                        |
| 19C | 6/4/18 | X | X | -   Infancy C                                        |
| 19D | 6/4/18 | X | X | -   Infancy D                                        |
| 19E | 6/4/18 | X | X | -   Infancy E                                        |
| 19F | 6/4/18 | X | X | -   Infancy F                                        |
| 19G | 6/4/18 | X | X | -   Infancy G                                        |
| 19H | 6/4/18 | X | X | -   Infancy H                                        |
| 19I | 6/4/18 | X | X | -   Infancy I                                        |
| 19J | 6/4/18 | X | X | -   Infancy J                                        |
| 19K | 6/4/18 | X | X | -   Infancy K                                        |
| 19L | 6/4/18 | X | X | -   Infancy L                                        |
| 19M | 6/4/18 | X | X | -   Infancy M                                        |
| 19N | 6/4/18 | X | X | -   Infancy N                                        |
| 19O | 6/4/18 | X | X | -   Infancy O                                        |
| 19P | 6/4/18 | X | X | -   Infancy P                                        |
| 19Q | 6/4/18 | X | X | -   Infancy Q                                        |
|     |        |   |   | Ricky Fackrell Toddler Photographs                   |
| 20A | 6/4/18 | X | X | -   Toddler A                                        |
| 20B | 6/4/18 | X | X | -   Toddler B                                        |
| 20C | 6/4/18 | X | X | -   Toddler C                                        |
| 20D | 6/4/18 | X | X | -   Toddler D                                        |
| 20E | 6/4/18 | X | X | -   Toddler E                                        |
| 20F | 6/4/18 | X | X | -   Toddler F                                        |
| 20G | 6/4/18 | X | X | -   Toddler G                                        |

| | | | | | |
|---|---|---|---|---|---|
| 20H | 5/31/18 | X | X | - | Toddler H |
| 20I | 6/4/18 | X | X | - | Toddler I |
| 20J | 5/31/18 | X | X | - | Toddler J |
| 20K | 6/4/18 | X | X | - | Toddler K |
| 20L | 6/4/18 | X | X | - | Toddler L |
| | | | | | |
| | | | | Ricky Fackrell Early Childhood Photographs | |
| 21A | 6/4/18 | X | X | - | Early Childhood A |
| 21B | 6/4/18 | X | X | - | Early Childhood B |
| 21C | 6/4/18 | X | X | - | Early Childhood C |
| 21D | 6/4/18 | X | X | - | Early Childhood D |
| 21E | 6/4/18 | X | X | - | Early Childhood E |
| 21F | 6/4/18 | X | X | - | Early Childhood F |
| 21G | 6/4/18 | X | X | - | Early Childhood G |
| 21H | 6/4/18 | X | X | - | Early Childhood H |
| 21I | 6/4/18 | X | X | - | Early Childhood I |
| 21J | 6/4/18 | X | X | - | Early Childhood J |
| 21K | 6/4/18 | X | X | - | Early Childhood K |
| 21L | 6/4/18 | X | X | - | Early Childhood L |
| 21M | 5/31/18 | X | X | - | Early Childhood M |
| 21N | 6/4/18 | X | X | - | Early Childhood N |
| 21O | 6/4/18 | X | X | - | Early Childhood O |
| 21P | 6/4/18 | X | X | - | Early Childhood P |
| 21Q | 6/4/18 | X | X | - | Early Childhood Q |
| 21R | 6/4/18 | X | X | - | Early Childhood R |
| 21S | 6/4/18 | X | X | - | Early Childhood S |
| 21T | 6/4/18 | X | X | - | Early Childhood T |
| | | | | | |
| | | | | Ricky Fackrell Adolescence Photographs | |
| 22A | 6/4/18 | X | X | - | Adolescence A |
| 22B | 6/4/18 | X | X | - | Adolescence B |

| | | | | | |
|---|---|---|---|---|---|
| | 22C | 5/31/18 | X | X | - Adolescence C |
| | 22D | 6/4/18 | X | X | - Adolescence D |
| | 22E | 6/4/18 | X | X | - Adolescence E |
| | 22F | 5/31/18 | X | X | - Adolescence F |
| | | | | | |
| | | | | | Ricky Fackrell Teenager Photographs |
| | 23A | 5/31/18 | X | X | - Teenager A |
| | 23B | 6/4/18 | X | X | - Teenager B |
| | 23C | 6/4/18 | X | X | - Teenager C |
| | 23D | 6/4/18 | X | X | - Teenager D |
| | 23E | 6/4/18 | X | X | - Teenager E |
| | 23F | 6/4/18 | X | X | - Teenager F |
| | 23G | 6/4/18 | X | X | - Teenager G |
| | 23H | 6/4/18 | X | X | - Teenager H |
| | 23I | 6/4/18 | X | X | - Teenager I |
| | 23J | 6/4/18 | X | X | - Teenager J |
| | 23K | 6/4/18 | X | X | - Teenager K |
| | 23L | 6/4/18 | X | X | - Teenager L |
| | 23M | 6/4/18 | X | X | - Teenager M |
| | 23N | 6/4/18 | X | X | - Teenager N |
| | 23O | 6/4/18 | X | X | - Teenager O |
| | 23P | 6/4/18 | X | X | - Teenager P |
| | 23Q | 6/4/18 | X | X | - Teenager Q |
| | 23R | 6/4/18 | X | X | - Teenager R |
| | 23S | 6/4/18 | X | X | - Teenager S |
| | 23T | 6/4/18 | X | X | - Teenager T |
| | 23U | 6/4/18 | X | X. | - Teenager U |
| | | | | | |
| | | | | | Ricky Fackrell Family Homes |
| | 24A | 6/4/18 | X | X | - Ballard House |
| | 24B | 6/4/18 | X | X | - Dinosaur First Trailer |

| | | | | | |
|---|---|---|---|---|---|
| 24C | 6/4/18 | X | X | - | Dinosaur House |
| 24D | 6/4/18 | X | X | - | First Vernal Trailer |
| 24E | 6/4/18 | X | X | - | Grandpa's House |
| 24F | 6/4/18 | X | X | - | Grecian Arms, Roosevelt |
| 24G | 6/4/18 | X | X | - | Lapoint House |
| 24H | 6/4/18 | X | X | - | Lapoint House 2 |
| 24I | 6/4/18 | X | X | - | Neola House |
| 24J | 6/4/18 | X | X | - | Ogden Riverdale Apartments |
| 24K | 6/4/18 | X | X | - | Post Office House, Gusher |
| 24L | 6/4/18 | X | X | - | Ricky's Room at Grandpa's House |
| 24M | 6/4/18 | X | X | - | Vernal Trailer |
| 24N | 6/4/18 | X | X | - | Vernal Trailer 2 |
| 24O | 6/4/18 | X | X | - | Vernal Trailer 3 |
| 24P | 6/4/18 | X | X | - | Weber House (Extended Family) |
| | | | | | |
| 25A | 6/4/18 | X | X | - | Ricky Fackrell Childhood Art Project |
| 25B | 6/4/18 | X | X | - | Barbara Pierce Family Photo |
| | | | | | |
| 26A | 6/4/18 | X | X | | Fackrell Family UT Department of Workforce Services Records |
| | | | | | |
| 27A | 6/4/18 | X | X | | Bridgett and Merrill Jr Fackrell Divorce Records 1984 |
| 27B | 6/4/18 | X | X | | Bridgett and Merrill Jr Fackrell Divorce Records 1988 |
| 27C | 6/4/18 | X | X | | Bridgett and Merrill Jr Fackrell 1991 Wage Garnishment records |
| 27D | 6/4/18 | X | X | | Bridgett Fackrell 2003 Eviction Records |
| 27E | 6/4/18 | X | X | | Bridgett Fackrell Ashley Regional Medical Center Records |
| 27F | 6/4/18 | X | X | | Bridgett Fackrell Davis Behavioral Health Records |
| 27G | 6/4/18 | X | X | | Bridgett Fackrell Uintah Basin Medical Center Records |
| 27H | 6/4/18 | X | X | | Bridgett Fackrell Walmart Pharmacy Records |
| 27I | 6/4/18 | X | X | | Bridgett Fackrell 1998 Eviction Records |
| | | | | | |
| 28A | 6/4/18 | X | X | | Merrill Fackrell III Ashley Regional Medical Center Records |

| | | | | | |
|---|---|---|---|---|---|
| | 28B | 6/4/18 | X | X | Merrill Fackrell III Davis Behavioral Health Records |
| | 28C | 6/4/18 | X | X | Merrill Fackrell III Northeastern Counseling Center Records |
| | 28D | 6/4/18 | X | X | Merrill Fackrell III Primary Children's Hospital Records |
| | 28E | 6/4/18 | X | X | Merrill Fackrell III Smith's Pharmacy Records |
| | 28F | 6/4/18 | X | X | Merrill Fackrell III Uintah Basin Medical Center Records |
| | 28G | 6/4/18 | X | X | Merrill Fackrell III Utah State Hospital Records |
| | 28H | 6/4/18 | X | X | Merrill Fackrell III Walmart Pharmacy Records |
| | 28I | 6/4/18 | X | X | Merrill Fackrell, III, Ricky Fackrell, and Randy Fackrell Moffat County Clerk Records |
| | 29A | 6/4/18 | X | X | Merrill Fackrell Jr 1986 Child Support Records |
| | 29B | 6/4/18 | X | X | Merrill Fackrell Jr 1989 Child Support Records |
| | 29C | 6/4/18 | X | X | Merrill Fackrell Jr 1995 Child Support Judgment |
| | 29D | 6/4/18 | X | X | Merrill Fackrell Jr 1995 Eviction |
| | 29E | 6/4/18 | X | X | Merrill Fackrell, Jr Social Security Medical Records |
| | 29F | 6/4/18 | X | X | Merrill Fackrell, Jr Moffat County Clerk Records |
| | 29G | 6/4/18 | X | X | Merrill Fackrell Jr Ashley Regional Medical Center Records |
| | 29H | 6/4/18 | X | X | Merrill Fackrell Jr and Merrill Fackrell III Moffat County Clerk Records |
| | 29I | 6/4/18 | X | X | Merrill Fackrell Jr Uintah Basin Medical Center Records |
| | 29J | 6/4/18 | X | X | Merrill Fackrell Jr St Mark's Hospital Records |
| | 29K | 6/4/18 | X | X | Merrill Fackrell Jr Uintah County Sheriff's Office Records |
| | 29L | 6/4/18 | X | X | Merrill Fackrell Jr Utah Labor Commission Records |
| | 29M | 6/4/18 | X | X | Merrill Fackrell Jr Utah Spine Records |
| | 29N | 6/4/18 | X | X | Merrill Fackrell Jr Intoxication and Disorderly Conduct Records |
| | 29O | 6/4/18 | X | X | Merrill Fackrell Jr Fugitive from Justice from Another State Records |
| | 29P | 6/4/18 | X | X | Merrill Fackrell Jr 2000 Wage Garnishment Records |
| | 30A | 6/4/18 | X | X | Randy Fackrell Ashley Regional Medical Center Records |
| | 30B | 6/4/18 | X | X | Randy Fackrell DCHS Records |
| | 30C | 6/4/18 | X | X | Randy Fackrell Northeastern Counseling Records |
| | 30D | 6/4/18 | X | X | Randy Fackrell Primary Children's Hospital Records |
| | 30E | 6/4/18 | X | X | Randy Fackrell Rangely Family Medicine Records |
| | 30F | 6/4/18 | X | X | Randy Fackrell Uintah Basin Medical Center Records |
| | 30G | 6/4/18 | X | X | Randy Fackrell Uintah County Sheriff's Office Records |

| | | | | | |
|---|---|---|---|---|---|
| | 31A | 6/4/18 | X | X | Alonzo Eastman 8th District Court Duchesne County Aggravated Robbery Records |
| | 32A | 6/4/18 | X | X | Inmate Education Data Transcript 7.4.14 (Fackrell 00286) |
| | 33A | | | | |
| | 34A | | | | |
| | 35A | 6/4/18 | X | X | 5/20/08 Ricky Fackrell Intake Screening Form at Hazelton (Fackrell 1537) |
| | 36A | | | | |
| | 37A | | | | |
| | 38A | 6/4/18 | X | X | Ricky Fackrell Medical Records Re- Heart Condition: 10/26/08, 2/24/09, 3/6/09, 4/2/09, 10/05/10, 10/26/10, 11/24/10, 12/31/10, 5/9/11, 9/15/11, 12/5/11, 3/14/12, 6/12/12, 7/11/12, 10/16/12 |
| | 39A | 6/4/18 | X | X | Ricky Fackrell Inmate Quarters History (Fackrell 6339-6346) |
| | 40A | 6/4/18 | X | X | 4/7/09 Health Intake Assessment ( Fackrell 2172) |
| | 41A | 6/4/18 | X | X | 2/26/09 Psych Data System (Fackrell 2463-2464) |
| | 42A | 6/4/18 | X | X | 12/24/14, 12/29/14 Psych Services Contact (Fackrell 2518) |
| | 42B | 6/4/18 | X | X | 1/2/15 Psych Services Contact (Fackrell 2517) |
| | 42C | 6/4/18 | X | X | 1/8/15 Psych Services (Fackrell 2515) |
| | 42D | 6/4/18 | X | X | 1/26/15 Psych Services (Fackrell 2514) |
| | 43A | 6/4/18 | X | X | 2/18/15 Consent to Use SRRI (Fackrell 4331) |
| | 44A | 6/4/18 | X | X | Medical Record (Fackrell 2303-2306, 4393-4433) 8/2/11, 8/23/11, 3/31/15, 4/5/15, 4/7/15, 4/22/15, 5/4/15, 5/13/15, 5/19/15, 5/22/15, 6/1/15, 6/9/15, 6/15/15, 7/21/15, 8/3/15, 8/4/15, 8/21/15, 9/3/15, 9/8/15), |
| | 45A | 6/4/18 | X | X | Ricky Fackrell Beaumont Psychology Records 2015-2016 12/7/15, 2/10/16, 3/1/16, 3/11/16, 3/20/16, 4/5/16, 6/14/16, 6/15/16, 7/15/16, 7/20/16 Medical and Psych records (Fackrell 4352-4353, 4356-4358, 4374-4375. 4389-4380, 4430-4431) |
| | 46A | 6/4/18 | X | X | Psych Records from ADX Transfer: 4/29/15 (p. 129), 8/12/15 (p. 124), 5/3/16 (p. 110) |
| | 47A | 6/4/18 | X | X | Ricky Fackrell ADX Psychology Records Set 1 |
| | 47B | 6/4/18 | X | X | Ricky Fackrell ADX Psychology Records Set 2 |
| | 48A | 6/4/18 | X | X | Ricky Fackrell Beaumont Psychology Records 2018 |

|  |  |  |  |  |
|---|---|---|---|---|
| 48B |  |  |  | Ricky Fackrell Beaumont Psychology Records 4/25/2018-5/24/2018 |
| 49A | 6/4/18 | X | X | 6/2/15 Psych Services (Fackrell 4330, 4412-4413). |
| 50A | 6/4/18 | X | X | 9/24/15 Fackrell Letter to Warden (Fackrell 4296-4297) |
| 51A | 6/4/18 | X | X | Reference to Prescription in May 2016 (Fackrell 7876) |
| 52A | 5/31/18 | X | X | 8/14/17 Ricky Fackrell Phone Call to Parents, Bridgett and Merrill Fackrell Jr |
| 52B |  |  |  | 10/17/17 Ricky Fackrell Phone Call to Parents, Bridgett and Merrill Fackrell Jr |
| 52C |  |  |  |  |
| 53A | 6/4/18 | X | X | Ricky Fackrell Tiger Drawing for Mom, Bridgett Fackrell |
| 53B | 6/4/18 | X | X | Ricky Fackrell Drawing for Nephews |
| 53C | 6/4/18 | X | X | Ricky Fackrell Mother's Day Card |
| 53D | 6/4/18 | X | X | 12/15/17 Letter from Ricky to Brother Merrill Fackrell, III |
| 54A | 6/4/18 | X | X | Dr. Matthew Mendel Forensic Evaluation of Ricky Fackrell |
| 55A | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8502) |
| 55B | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8503) |

|  |  |  |  |  |
|---|---|---|---|---|
| 55C | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8513) |
| 55D | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8528) |
| 55E | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8550) |
| 55F | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8554) |
| 55G | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8568) |
| 55H | 6/4/18 | X | X | Ricky Fackrell Medical Administration Records (Fackrell 8579) |
| 56A |  |  |  | Rekonen Govt Cooperation Deal Made 4.6.2018 |
| 57A |  |  |  | Civil Suit Amended Complaint |
| 57B |  |  |  | Civil Suit Defendant's Answer to First Amended Complaint |
| 58A |  |  |  | Civil Suit Mtn to Dismiss or for Summary Judgement |
| 59A |  |  |  | Civil Suit Mtn to WD by Andrea Parker |
| 60A |  |  |  | Civil Suit Order for WD of Andrea Parker |
| 61A |  |  |  | Civil Suit Stipulation of Dismissal |
| 61B |  |  |  | Civil Suit Order of Dismissal |

|  |  |  |  |  |
|---|---|---|---|---|
| 62A |  |  |  | Pictures of ADX facility from Bezy Powerpoint |
| 63A |  |  |  | 04-14-2011 Ricky Fackrell Escape charge from USP Allendwood |
| 64A |  |  |  | Ricky Fackrell BOP Housing History |
| 65A |  |  |  | Declaration of Matevousian |
| 65B |  |  |  | Declaration of Collins |
| 65C |  |  |  | Declaration of Amy Kelly |
| 66A |  |  |  | Growing Inmate numbers and Population Statistics - Bezy Testimony |
| 67A | 6/4/18 | X | X | Bureau of Prisons Health Services Encounter – Bux Testimony 1 of 3 |
| 68A | 6/4/18 | X | X | Christus St. Elizabeth Hospital – Griffith Records – Bux Testimony 2 of 3 |
| 69A | 6/4/18 | X | X | Mid-Jefferson Extended Care Hospital – Griffith Records – Bux Testimony 3 of 3 |
| 70A | 6/4/18 | X | X | Griffith Autopsy Report for Bux |
| 71A |  |  |  | Ricky Fackrell Weber County Sheriff's Office Booking Sheets |