FILED

U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 13 2018

UNITED STATES DISTRICT COURT              EASTERN DISTRICT OF TEXAS

BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:16-CR-26 |
| | § | (Judge Crone) |
| RICKY FACKRELL (2) | § | |

### VERDICT OF THE JURY—PHASE THREE

### SPECIAL FINDING I

### NON-STATUTORY AGGRAVATING FACTORS

1.   We, the jury, unanimously find that the government

     ____X____ HAS     _____ HAS NOT

     proved beyond a reasonable doubt that Defendant Ricky Fackrell poses a continuing
     and serious threat to the lives and safety of others because it is likely that he will
     commit criminal acts of violence in the future, and this factor is aggravating.

2.   We, the jury, unanimously find that the government

     ____X____ HAS     _____ HAS NOT

     proved beyond a reasonable doubt that Defendant Ricky Fackrell caused loss,
     injury, and harm to Leo Johns and Leo Johns's family, and this factor is
     aggravating.

6|12|18
_____                    _____
Date                                     Jury Foreperson

Regardless of whether you answered "HAS" or "HAS NOT" in response to either question in

Special Finding I, proceed to Special Finding II, which follows.

## SPECIAL FINDING II

## MITIGATING FACTORS

For each of the following proposed non-statutory mitigating factors, indicate in the space provided the number of jurors who find that the defendant has proved by a preponderance of the evidence the existence of such factor and that it is mitigating.

1.  Ricky Fackrell was raised in an environment where many of his role models and older family members were alcoholics and drug addicts.

    Number of jurors who so find ____11____.

2.  Merrill Fackrell, Jr., Ricky Fackrell's father, was absent for most of Bridgett Fackrell's pregnancy with Ricky Fackrell.

    Number of jurors who so find ____0____.

3.  Ricky Fackrell's mother, Bridgett Fackrell, was under stress during her pregnancy and smoked while pregnant.

    Number of jurors who so find ____0____.

4.  Ricky Fackrell's parents were absent for much of his time in the hospital as an infant.

    Number of jurors who so find ____0____.

5.  Ricky Fackrell suffered severe loss of oxygen at birth.

    Number of jurors who so find ____0____.

6.  As an infant, Ricky Fackrell turned blue at times from inability to breathe so that he was in and out of the hospital for months.

    Number of jurors who so find ____0____.

7.  Ricky Fackrell fell from a second-story window at about eighteen-months-old.

    Number of jurors who so find ____0____.

8.  Ricky Fackrell's father went on drinking binges and would be gone for weeks at a time.

    Number of jurors who so find ____0____.

9.  Ricky Fackrell's father left the family for three years when Ricky Fackrell was about age two.

    Number of jurors who so find ____0____.

10. Ricky Fackrell's father was in and out of the family for all of Ricky Fackrell's life.

    Number of jurors who so find ____0____.

11. Ricky Fackrell's father did not financially or emotionally support his three children.

    Number of jurors who so find ____0____.

12. Ricky Fackrell's mother was frequently unavailable to her children due to overwork.

    Number of jurors who so find ____0____.

13. Throughout childhood, Ricky Fackrell's brothers and cousins physically beat him and picked on him.

    Number of jurors who so find ____4____.

14. Ricky Fackrell was frequently sick as a child, and his older brothers and cousin Lonnie made fun of him as a weak, "mama's boy."

    Number of jurors who so find ____8____.

15. Ricky Fackrell showed up at school with black eyes from beatings by his father and brother.

    Number of jurors who so find ____8____.

16. Ricky Fackrell showed up at school with dirty clothes.

    Number of jurors who so find ____3____.

17.   Ricky Fackrell attended thirteen different elementary schools in seven years.

      Number of jurors who so find ____8____ .

18.   Ricky Fackrell moved 61 times from birth to age twenty-one.

      Number of jurors who so find ____8____ .

19.   Ricky Fackrell's family was often evicted over the course of Ricky Fackrell's young life.

      Number of jurors who so find ____2____ .

20.   Ricky Fackrell grew up in poverty, and his parents received food stamps and government and church assistance for the majority of Ricky Fackrell's childhood and adolescence.

      Number of jurors who so find ____O____ .

21.   Around age seven, Ricky Fackrell saw his older brother covered in blood after a suicide attempt.

      Number of jurors who so find ____11____ .

22.   Around age nine, Ricky Fackrell found his older brother Merrill in the bathroom after a Lortab overdose.

      Number of jurors who so find ____10____ .

23.   When Ricky Fackrell's father returned to the family after his long absence, he drank until he blacked out almost every night.

      Number of jurors who so find ____3____ .

24.   When Ricky Fackrell was seven, his father was thrown from a moving vehicle and suffered severe neurological damage.

      Number of jurors who so find ____O____ .

25.   As a child, Ricky Fackrell cared for his father, who was disabled and could not work, by bringing him food, water, and medicine.

      Number of jurors who so find ____O____ .

26. Ricky Fackrell's father heard voices after the accident and "directed verbal hostility" at his sons.

   Number of jurors who so find ___5___.

27. Ricky Fackrell's father was an alcoholic and drug-addicted man who was physically and psychologically abusive to Ricky Fackrell and his family throughout Ricky Fackrell's childhood and adolescence.

   Number of jurors who so find ___7___.

28. Ricky Fackrell and his family often had to call 911 because his father had alcohol poisoning.

   Number of jurors who so find ___1___.

29. Ricky Fackrell's father bit him, head-butted him, and punched him during his childhood and adolescence.

   Number of jurors who so find ___12___.

30. Ricky Fackrell and his brothers would try to hold their father down until his aggressiveness lessened.

   Number of jurors who so find ___5___.

31. When Ricky Fackrell was a child, he returned home from school to find his father had his mother pinned to the ground after he had pulled her from the bed.

   Number of jurors who so find ___5___.

32. Ricky Fackrell's father assaulted his mother in front of Ricky Fackrell and his brothers.

   Number of jurors who so find ___10___.

33. Ricky Fackrell began smoking a pack of cigarettes a day at age nine.

   Number of jurors who so find ___0___.

34. At age nine, Ricky Fackrell's cousin Lonnie gave him a hit of marijuana.

   Number of jurors who so find ___0___.

35.  Ricky Fackrell began drinking to get drunk at age eleven with his brother Merrill.

Number of jurors who so find ____9____.

36.  By age twelve, Ricky Fackrell was smoking marijuana daily, which he often did with his brothers and cousins, Lonnie and Chris.

Number of jurors who so find ____10____.

37.  By age twelve, Ricky Fackrell was diagnosed with alcohol abuse disorder and cannabis abuse disorder.

Number of jurors who so find ____6____.

38.  At age twelve, Ricky Fackrell attempted suicide and was diagnosed with provisional major depression.

Number of jurors who so find ____0____.

39.  Ricky Fackrell did not ask for help with his depression because he was afraid he would be sent away to a hospital like his older brother Merrill, who had major depressive disorder and attempted suicide multiple times.

Number of jurors who so find ____1____.

40.  At age thirteen, Ricky Fackrell's Uncle Rich bought hard liquor and shared the bottle with Ricky Fackrell.

Number of jurors who so find ____7____.

41.  Ricky Fackrell went to the emergency room with alcohol poisoning and a blood alcohol level of .215 because of the alcohol his Uncle Rich gave him.

Number of jurors who so find ____9____.

42.  At age thirteen, Ricky Fackrell's nineteen-year-old cousin, Lonnie Eastman, moved next door and began to manipulate him.

Number of jurors who so find ____11____.

43.  Nineteen-year-old Lonnie Eastman told thirteen-year-old Ricky Fackrell that he was his best friend.

Number of jurors who so find ____0____.

44.     At age thirteen, Ricky Fackrell smoked methamphetamine for the first time after his cousin Lonnie offered it to him.

Number of jurors who so find ___8___ .

45.     Ricky Fackrell desperately wanted Lonnie to think he was cool and to escape the "mama's boy" identity.

Number of jurors who so find ___4___ .

46.     Nineteen-year-old Lonnie praised thirteen-year-old Ricky Fackrell for theft, drug use, and sexual promiscuity.

Number of jurors who so find ___5___ .

47.     Ricky Fackrell had no positive role model or positive support system in his life throughout childhood and adolescence, other than his mother.

Number of jurors who so find ___11___ .

48.     At age thirteen, Ricky Fackrell's aunts and uncles invited him to smoke methamphetamine with them.

Number of jurors who so find ___7___ .

49.     Around age thirteen, Ricky Fackrell's brother Merrill confided in him that he wanted to kill himself because an older cousin had sexually abused him.

Number of jurors who so find ___5___ .

50.     Ricky Fackrell's memories of the childhood sexual abuse of his brother was a factor which influenced his actions against Ronald Griffith.

Number of jurors who so find ___6___ .

51.     At age fourteen, Ricky Fackrell's friends were at least three years older and introduced him to drinking entire bottles of Robitussin.

Number of jurors who so find ___0___ .

52.     At age fourteen, Lonnie introduced Ricky Fackrell to crack cocaine.

Number of jurors who so find ___9___ .

53.    By age sixteen, Ricky Fackrell was using methamphetamine with his father, his brothers Merrill and Randy, his cousin Lonnie, and his Aunt Barbara and Uncle Randy.

Number of jurors who so find _____9_____.

54.    At age sixteen, Lonnie taught Ricky Fackrell how to inject methamphetamine which Ricky Fackrell continued to do from that point on.

Number of jurors who so find _____9_____.

55.    Ricky Fackrell's father was addicted to pain pills and maintained several prescriptions from various doctors.

Number of jurors who so find _____0_____.

56.    Ricky Fackrell's father would take the pain pills which Ricky Fackrell was prescribed for his headaches.

Number of jurors who so find _____0_____.

57.    Ricky Fackrell's alcoholism and drug addiction grew more extreme as his father's grew more extreme.

Number of jurors who so find _____1_____.

58.    Ricky Fackrell's father engaged in binge drinking with Ricky Fackrell and his brothers.

Number of jurors who so find _____8_____.

59.    When Ricky Fackrell was about fifteen, his father "instructed his sons to make crowbars out of pipes" to burglarize the Dinosaur Liquor Store.

Number of jurors who so find _____11_____.

60.    Ricky Fackrell's father then instructed him to hide the liquor so that the police would not find it.

Number of jurors who so find _____10_____.

61.    At that time, Ricky Fackrell's family lived in a dirty "hovel" with liquor bottles placed in the windows as trophies.

Number of jurors who so find _____0_____.

62.   Ricky Fackrell's father was an alcoholic who minimized his alcohol use.

Number of jurors who so find _____8_____.

63.   Sandra Gardner, Ricky Fackrell's court-appointed attorney, observed Ricky Fackrell to be a good and resilient kid in a bad circumstance.

Number of jurors who so find _____0_____.

64.   In Dinosaur, Colorado, Ricky Fackrell's father, while mixing alcohol and pills, instructed Ricky Fackrell and his brothers and daughter-in-law to get under the front porch because he believed the end of the world was coming.

Number of jurors who so find _____0_____.

65.   While mixing alcohol and pills, Ricky Fackrell's father tried to eat house plants and drink plant water.

Number of jurors who so find _____0_____.

66.   Ricky Fackrell was court-ordered to live with his grandfather after the liquor store burglary because of his father's alcoholism.

Number of jurors who so find _____0_____.

67.   Because alcoholism and addiction run heavily in Ricky Fackrell's family, Ricky Fackrell was more vulnerable and predisposed to alcoholism and drug addiction.

Number of jurors who so find _____0_____.

68.   Ricky Fackrell's family members modeled and encouraged open and heavy use of alcohol and drugs.

Number of jurors who so find _____9_____.

69.   Ricky Fackrell does not place any blame on his father for the physical abuse or modeling of extreme drug abuse.

Number of jurors who so find _____0_____.

70.   Ricky Fackrell believes his father is a good man.

Number of jurors who so find _____0_____.

71.    During adolescence, Ricky Fackrell had difficulty breathing, his heart would race, and he would pass out due to his heart condition.

Number of jurors who so find _____0_____ .

72.    Ricky Fackrell attempted to treat his heart condition with alcohol abuse from which he suffered alcohol poisoning.

Number of jurors who so find _____0_____ .

73.    Ricky Fackrell suffered from these traumatic heart condition symptoms from about age twelve to age twenty-eight.

Number of jurors who so find _____0_____ .

74.    Ricky Fackrell has had severe dyslexia since childhood.

Number of jurors who so find _____0_____ .

75.    Due to his dyslexia, Ricky Fackrell developed a negative self-image and believed he was "dumb."

Number of jurors who so find _____0_____ .

76.    Ricky Fackrell's belief that he was "dumb" embarrassed him and led him to attend school rarely.

Number of jurors who so find _____0_____ .

77.    Ricky Fackrell encouraged and showed kindness to John Hatch in juvenile detention.

Number of jurors who so find _____0_____ .

78.    Ricky Fackrell's childhood and adolescence were defined by chaos and unpredictability.

Number of jurors who so find _____9_____ .

79.    Ricky Fackrell tried to avoid his cousin Lonnie while on parole so that Ricky Fackrell could be successful.

Number of jurors who so find _____0_____ .

80.  Ricky Fackrell violated his parole only after his cousin Lonnie tracked him
     down and offered him methamphetamine.

     Number of jurors who so find ____0____.

81.  During Ricky Fackrell's sentencing hearing for the pawn shop robbery, the
     federal prosecutor said that Ricky Fackrell was honest in his description of
     the robbery.

     Number of jurors who so find ____0____.

82.  Ricky Fackrell entered federal prison at age twenty-two with a ten-year
     sentence.

     Number of jurors who so find ____0____.

83.  Ricky Fackrell joined the Soldiers of Aryan Culture ("SAC") for protection
     because he believed joining SAC was the only way to be protected at United
     States Penitentiary ("USP") Victorville.

     Number of jurors who so find ____10____.

84.  SAC gave Ricky Fackrell a sense of safety.

     Number of jurors who so find ____10____.

85.  The first time Ricky Fackrell ever felt a sense of belonging was when he
     joined SAC.

     Number of jurors who so find ____5____.

86.  SAC accepted Ricky Fackrell as he was.

     Number of jurors who so find ____5____.

87.  To survive at Victorville, an inmate felt the need to possess a weapon or
     align himself with someone who possessed a weapon.

     Number of jurors who so find ____4____.

88.  As punishment for possession of a weapon at Victorville, the Federal Bureau of Prisons ("BOP") took away Ricky Fackrell's ability to visit with family and friends for one year in addition to taking away forty days of his ability to earn good conduct time credit and placing him in disciplinary segregation for thirty days.

Number of jurors who so find ____*0*____.

89.  Ricky Fackrell accepted responsibility for possessing this weapon when the BOP asked him.

Number of jurors who so find ____*0*____.

90.  In prison, race relations are often managed by the inmates.

Number of jurors who so find ____*0*____.

91.  If an inmate stops fighting before guards intervene, the inmate will face violent consequences later.

Number of jurors who so find ____*0*____.

92.  Any SAC member who refuses to follow an order of a SAC general may be disciplined by force and may be killed.

Number of jurors who so find ____*11*____.

93.  Ricky Fackrell believed that if he had refused to participate in the Leo Johns offense, Christopher Cramer or other SAC leadership could have ordered that he be killed or seriously injured.

Number of jurors who so find ____*0*____.

94.  A BOP database showed that Ronald Griffith had the security status of a sex offender as a result of an arrest for the sexual assault of a five-year-old-girl.

Number of jurors who so find ____*0*____.

95.  In violation of BOP practice regarding Ronald Griffith's security status as a sex offender, correctional officers placed Ronald Griffith in a recreation cage with Ricky Fackrell and Erik Rekonen knowing that Ricky Fackrell and Erik Rekonen might assault Ronald Griffith because of his sex offender status.

Number of jurors who so find ____*6*____.

96.    In violation of BOP practice, Ronald Griffith was placed in a recreation cage with Ricky Fackrell and Erik Rekonen.

Number of jurors who so find ____0____.

97.    Sex offenders are a particular security group who require special protection in prison.

Number of jurors who so find ____0____.

98.    "Prison politics" requires inmates to assault sex offenders.

Number of jurors who so find ____1____.

99.    If Ricky Fackrell had not assaulted Ronald Griffith, known as a sex offender, he felt he would have been attacked as if he had the same targeting label.

Number of jurors who so find ____4____.

100.    Ricky Fackrell, like other BOP inmates, participated in "prison politics" to stay safe.

Number of jurors who so find ____10____.

101.    Ignoring "prison politics" could result in punishment from ranking members of SAC.

Number of jurors who so find ____8____.

102.    Ricky Fackrell took responsibility for the Ronald Griffith assault.

Number of jurors who so find ____0____.

103.    Ronald Griffith might have survived if the BOP had given him proper and timely medical care.

Number of jurors who so find ____0____.

104.    Instead of sending Ricky Fackrell to the Administrative-Maximum United States Penitentiary ("ADX") after the Leo Johns and Ronald Griffith incidents, the BOP left him in the Special Housing Unit at USP Beaumont in pain, depressed, and isolated from the outside world.

Number of jurors who so find ____0____.

105. Before transferring him to ADX in January 2017, USP Beaumont did not provide Ricky Fackrell with psychological care.

   Number of jurors who so find _____.

106. At ADX, Dr. Anne Clemmer, Ricky Fackrell's treating psychologist, noted that in May 2016, doctors at USP Beaumont took him off all psychiatric medications after he was instructed by staff to take medications together that caused "eye twitching and flashes of light." Instead of changing his medications, they labeled his depression as resolved.

   Number of jurors who so find _____.

107. Four months into Ricky Fackrell's treatment with Dr. Clemmer, on May 9, 2017, ADX staff noted depressive themes in his programming workbook. When Dr. Clemmer proactively responded, Ricky Fackrell admitted numerous depressive symptoms and suicidal thoughts that dated back to his time at USP Beaumont.

   Number of jurors who so find _____.

108. Ricky Fackrell disclosed to Dr. Clemmer that while at USP Beaumont, he felt his only choice was to kill himself. As a result, Ricky Fackrell sought an extraction from his cell by the Beaumont extraction team as a suicide attempt.

   Number of jurors who so find _____.

109. On May 18, 2017, Dr. Clemmer diagnosed Ricky Fackrell with Major Depressive Disorder after noting increasing symptoms of depression over the months of her work with him.

   Number of jurors who so find _____.

110. By August 17, 2017, Ricky Fackrell's feelings of depression decreased as a result of changes and increases in his medication.

   Number of jurors who so find _____.

111. While at ADX, Ricky Fackrell showed respect to staff and had good rapport with staff.

   Number of jurors who so find _____.

112.  Ricky Fackrell told ADX staff repeatedly how much he appreciated their treatment of him.

Number of jurors who so find _____0_____.

113.  While at ADX, the BOP psychology staff provided Ricky Fackrell with consistent and meaningful psychological therapy and medication.

Number of jurors who so find _____0_____.

114.  At ADX, Ricky Fackrell made positive progress through his weekly sessions with Dr. Clemmer.

Number of jurors who so find _____0_____.

115.  After nine months of treatment, in September 2017, Ricky Fackrell requested a session with Dr. Clemmer in which he disclosed nightmares and symptoms of past trauma from childhood and incarceration for the first time while close to tears.

Number of jurors who so find _____0_____.

116.  Dr. Clemmer diagnosed Ricky Fackrell with Post Traumatic Stress Disorder ("PTSD").

Number of jurors who so find _____0_____.

117.  Dr. Clemmer saw Ricky Fackrell progress in his treatment through using safety plans and coping skills that they discussed in treatment.

Number of jurors who so find _____0_____.

118.  In his weekly sessions with Dr. Clemmer, Ricky Fackrell was genuine and told the truth.

Number of jurors who so find _____0_____.

119.  Ricky Fackrell was actively engaged in treatment with Dr. Clemmer.

Number of jurors who so find _____0_____.

120.  Ricky Fackrell described himself to Dr. Clemmer as in "a really bad place" when he arrived at ADX from USP Beaumont.

Number of jurors who so find _____0_____.

121.  Dr. Clemmer's work with Ricky Fackrell revealed that, beginning in childhood, Ricky Fackrell developed a strong fear of appearing weak, which increased upon his entry into a violent prison environment.

Number of jurors who so find _____.

122.  This fear of appearing weak in front of other inmates prevented Ricky Fackrell from asking for the help that he needed.

Number of jurors who so find ___3___.

123.  Dr. Clemmer recommended that Ricky Fackrell not be returned to USP Beaumont for trial.

Number of jurors who so find ___0___.

124.  When Ricky Fackrell's legal papers were taken from him at ADX, he did not act out and applied new coping mechanisms learned through treatment with Dr. Clemmer.

Number of jurors who so find ___0___.

125.  Ricky Fackrell told Dr. Clemmer, "You saved my life."

Number of jurors who so find ___0___.

126.  At ADX, Ricky Fackrell told Dr. Clemmer he felt safe.

Number of jurors who so find ___0___.

127.  At ADX, Ricky Fackrell was in a safe environment, relieved from gang pressures, and surrounded by proactive staff trying to help him get better.

Number of jurors who so find ___0___.

128.  Ricky Fackrell has served and completed the entirety of all his federal sentences.

Number of jurors who so find ___0___.

129.  Life imprisonment without the possibility of release is a harsh punishment.

Number of jurors who so find ___0___.

130.   Ricky Fackrell will be housed at ADX if he is sentenced to life imprisonment without the possibility of release.

Number of jurors who so find _____ .

131.   The BOP is capable of fashioning conditions of confinement that will control Ricky Fackrell's activities until his death in prison.

Number of jurors who so find _____ .

132.   At ADX, Ricky Fackrell is housed in an isolated condition of confinement.

Number of jurors who so find _____ .

133.   At ADX, every inmate lives in a cell alone.

Number of jurors who so find _____ .

134.   At ADX, Ricky Fackrell lives in a small cell with a toilet, bed, and sink.

Number of jurors who so find _____ .

135.   At ADX, staff apply handcuffs and leg shackles without entering Ricky Fackrell's cell.

Number of jurors who so find _____ .

136.   At ADX, Ricky Fackrell will only leave his cell after a shakedown and being searched with a metal detector.

Number of jurors who so find _____ .

137.   At ADX, Ricky Fackrell will never be moved from his cell unless he is wearing handcuffs connected to a chain around his waist while two correctional officers armed with tactical batons and pepper spray escort him.

Number of jurors who so find _____ .

138.    At ADX, Ricky Fackrell is only moved from his cellblock if he is wearing handcuffs connected to a chain around his waist and leg irons while three correctional officers armed with tactical batons and pepper spray escort him.

Number of jurors who so find _____.

139.    At ADX, Ricky Fackrell is allowed one hour per day of recreation time outside in a "dog kennel," where he can see only a patch of the sky.

Number of jurors who so find _____.

140.    In the Control Unit and in General Population at ADX, Ricky Fackrell will never be in the same space with another inmate.

Number of jurors who so find _____.

141.    Ricky Fackrell will live in these conditions until he dies.

Number of jurors who so find _____.

142.    Ricky Fackrell functions well when treated fairly in an organized, predictable, and safe environment like ADX, and when he receives consistent and meaningful psychological treatment.

Number of jurors who so find _____.

143.    While at ADX, Ricky Fackrell possessed no weapons.

Number of jurors who so find _____.

144.    While at ADX, Ricky Fackrell had no fights or violent incidents.

Number of jurors who so find _____.

145.    While at ADX, Ricky Fackrell had no disciplinary issues.

Number of jurors who so find _____.

146.    Ricky Fackrell spends a lot of time reading.

Number of jurors who so find _____.

147.  Ricky Fackrell encourages his family.

Number of jurors who so find _____.

148.  Ricky Fackrell regrets joining SAC.

Number of jurors who so find _____.

149.  Ricky Fackrell's family treasures the one fifteen-minute call they have with him each month.

Number of jurors who so find _____.

150.  In calls to his family, Ricky Fackrell expresses concern for their well-being and encourages them.

Number of jurors who so find _____.

151.  Ricky Fackrell is an artist who encourages his mother, nephew, and other family members through sending them drawings.

Number of jurors who so find _____.

152.  Ricky Fackrell's mother keeps each drawing and often frames them.

Number of jurors who so find _____.

153.  During trial, Ricky Fackrell expressed his gratitude to his family for testifying.

Number of jurors who so find _____.

154.  Since his treatment with Dr. Clemmer, Ricky Fackrell has learned to exist peacefully in his environment at USP Beaumont.

Number of jurors who so find _____.

155.  Since his return to USP Beaumont in January 2018, Ricky Fackrell has had no disciplinary problems.

Number of jurors who so find _____.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors.  If none, write "NONE."  If more space is needed, write "CONTINUED" and use the reverse side of this page.

___.    _None_____

Number of jurors who so find _____.

___.    _None_____

Number of jurors who so find _____.

___.    _None_____

Number of jurors who so find _____.

___.    _None_____

Number of jurors who so find _____.


_6/12/18_____                    _CM_____
Date                                                 Jury Foreperson

Regardless of how you answered in response to Special Finding II, proceed to Special Finding III, which follows.

## SPECIAL FINDING III

## SELECTION OF PUNISHMENT

Based upon our consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor(s) found to exist, or in the absence of any mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case, we, the jury, determine by unanimous vote, that the following sentence shall be imposed on Defendant Ricky Fackrell as to Count I of the Superseding Indictment:

DEATH PENALTY ___✕___

LIFE IMPRISONMENT WITHOUT THE POSSIBILITY OF RELEASE _____

[juror signatures]

6/13/18
Date

After each juror has signed Special Finding III, proceed to Special Finding IV, which follows.

## SPECIAL FINDING IV

## JURY CERTIFICATION

By my signature below, I certify that considerations of race, color, religious beliefs, national origin, or sex of the defendant or the victim were not involved in reaching these findings. I further certify that I would have made these findings regardless of the race, color, religious beliefs, national origin, or sex of either the defendant or the victim.

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

6|13|18
Date

After each juror has signed this Certification, let the court security officer know that you have reached a verdict.