

Government's
Exhibit
2A
1:16-CR-26