Government's
Exhibit
29E
1:16-CR-26

FACKRELL3177