


## United States Penitentiary Hazelton
### Photo Sheet




| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| September 19, 2008 | 6:06 PM | USP Hazelton | SHU Range 3 Cell 121 |

| Inmate Name: | Inmate Number: |
|---|---|
| Fackrell, Ricky | 12324-081 |

**Photo Taken By:** A. Mouse, Lieutenant

**Description:** Inmate involved in Use of Force incident. No injuries noted, treated for chemical exposure.



SENSITIVE — OFFICIAL USE

Government's Exhibit 32A
1:16-CR-26