

# United States Penitentiary Hazelton
## Photo Sheet

| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| September 19, 2008 | 6:06 PM | USP Hazelton | SHU Range 3 Cell 121 |

| Inmate Name: | Inmate Number: |
|---|---|
| N/A | N/A |

Photo Taken By: A. Mouse, Lieutenant

**Description:** Cell where Use of Force incident occurred. Cell desk removed from wall and utilized as weapon.



SENSITI... L USE

Government's Exhibit
32C
1:16-CR-26