

Government's
Exhibit
33C
1:16-CR-26