

Government's Exhibit 35B
1:16-CR-26