16-cr-00026-MAC-ZJH   Document 677-124   Filed 06/13/18   Page 1 of 1
#: 11078

