

- Iron Cross intertwined with Swastika
- 801 area code Utah
- SAC

Government's Exhibit 49A
1:16-CR-26