


Multiple Swastikas

Bind Rune


= S


= A


= C

Government's Exhibit
49D
1:16-CR-26