


**Government's
Exhibit
50D
1:16-CR-26**