

Image of Hitler

Government's Exhibit
50G
1:16-CR-26