Last Name
**CRAMER**
First Name
**CHRISTOPHER**
Middle Name

Ht. 6' 01"   Wt. 240
Hr. BN   Ey. HL

REG# 10422-081 FLP



EB



W5G  A

Government's Exhibit
62A
1:16-CR-26