| Inmate Name: | FACKRELL, RICKY | | | Reg #: | 12324-081 |
| Date of Birth: | 02/17/1984 | Sex: | M        Facility: BMP | Unit Team: | A/A |
| Date: | 06/27/2016 09:48 | Provider: | Johnson, Shara Ph.D. | | |

give me the death penalty."

### .cerview-Mental Status Evaluation

FACKRELL was adequately groomed, alert, and oriented to all spheres. His gait was within normal limits. No behavioral abnormalities were observed. His mood was euthymic with congruent affect. His speech was clear, and his thoughts appeared logical and coherent. He gave no indication of impaired reality testing, hallucinations or delusions of any kind. He maintained appropriate eye contact and was engaged with this writer. His attention and concentration appeared adequate. He convincingly denied currently experiencing suicidal ideation and was future oriented.

### Personality Assessment (PAI) Results

The Personality Assessment Inventory (PAI) is a 344-item, self-administered, objective test of personality and psychopathology. The PAI consists of four validity scales, 11 clinical scales covering major categories of pathology, five treatment scales measuring constructs related to treatment and case management, and two interpersonal scales. Inmate FACKRELL completed the PAI in the SHU law library on June 2, 2016.

Review of validity scales indicates Inmate FACKRELL responded in a highly consistent manner to items with similar content, suggesting he attended appropriately to items. There was little distortion in either a positive or negative direction, which is strongly indicative of honest responding. His resultant profile was largely unremarkable. Based on his pattern of responses, Inmate FACKRELL has few complaints regarding his physical condition, experiences very little anxiety, depression, distress, or unhappiness. Additionally, he endorsed few features of mania or hypomania. Inmate FACKRELL's score on the Stress scale was significant and reflects stressors of moderate severity in his environment. This is likely a reflection of his current legal situation, disruptive behaviors in SHU, and pending ADX referral. His profile is also indicative of significant antisocial, aggressive, and domineering tendencies. Based on his item endorsement, it is likely that he is easily angered or frustrated, and often responds in a physically aggressive manner.

### Summary-Case Formulation

Inmate FACKRELL began engaging in disruptive behavior during childhood. He recalled engaging in physical altercations with peers throughout elementary school, which resulted in numerous suspensions. Additionally, he was convicted of several crimes during his childhood and adolescence, to include Telephone Harassment, Burglary, Destruction of Property, Theft, Damage to Place of Confinement, Assault, Possession of Drug Paraphernalia, Witness Tampering, Consumption of Alcohol, and Possession of a Dangerous Weapon. Inmate FACKRELL also endorsed engaging in truancy, as well as deception and manipulation in an attempt to avoid negative consequences. This pattern of behavior suggests the presence of Conduct Disorder, Childhood-Onset Type.

Inmate FACKRELL has been incarcerated his entire adult life, with the exception of one four month period, during which he committed his current offense. He has been unable to complete any period of probation or supervision without violation. While in prison, he has continued to demonstrate a pervasive disregard for the rights and laws of others, as demonstrated by the number and diversity of disciplinary incident reports he has received. He has been sanctioned for possession of alcohol, refusing to obey orders, threatening, destruction of property, assault, possession of dangerous weapons, and killing. Notably, Inmate FACKRELL's rule infractions increased in severity despite transfer to higher security, and thus more structured, institutions. This pattern of behavior is Inmate FACKRELL's most prominent clinical feature and is consistent with a Diagnosis of Antisocial Personality Disorder.

Inmate FACKRELL reported increased use of alcohol throughout his adolescence, peaking during 2000 when he burglarized a liquor store and described being intoxicated daily. Review of records indicates he has received numerous incident reports for possession of intoxicants while incarcerated, suggesting he continues to seek the substance despite known negative consequences. As a result, a diagnosis of Alcohol Use Disorder, Moderate, In a Controlled Environment is rendered at this time.

Additionally, Inmate FACKRELL reported daily use of marijuana and methamphetamine throughout his adolescence until the time of his incarceration. He described a pattern of increased use, tolerance, and seeking the substance despite negative legal ramifications of being on probation or supervision. Additionally, he acknowledged using the substances while incarcerated. Therefore, diagnoses of Cannabis Use Disorder, Moderate, In a Controlled Environment and Amphetamine type substance, In a Controlled Environment are rendered.

Overall, there are no clinical indications that would preclude Inmate FACKRELL's placement at the ADX

GOVERNMENT EXHIBIT
77A
1:16-CR-26