# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No. 1:16-CR-00026-MAC |
| v. | § § § | |
| RICKY FACKRELL | § § § § § § | CAPITAL 2255 PROCEEDINGS |

## ORDER

AND NOW, this 2nd day of March 2022, this Court **GRANTS** Movant's Motion for Appointment of Counsel.

1. The court finds that Movant Ricky Fackrell is eligible for the appointment of counsel to represent him in an anticipated motion for post-conviction relief pursuant to 28 U.S.C. § 2255.

2. The court appoints the Federal Public Defender for the Middle District of Tennessee to represent Mr. Fackrell.

3. The court finds that Mr. Fackrell is indigent and accordingly he may proceed in this action *in forma pauperis*.

SIGNED this 2nd day of March, 2022.

_____
Zack Hawthorn
United States Magistrate Judge