# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 21, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re:  Ricky Allen Fackrell
     v. United States
     No. 21-5991
     (Your No. 18-40598)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 23, 2022

Mr. David O'Toole
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

    No. 18-40598   USA v. Fackrell
                  USDC No. 1:16-CR-26-2

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Stacy M. Carpenter, Deputy Clerk