IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:16-cr-00026-MAC-ZJH-2 |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

---

## UNOPPOSED MOTION TO INSPECT AND DUPLICATE COURT RECORDS

---

Ricky Fackrell respectfully requests that this Court enter an order permitting members of his federal habeas team (including Kelley Henry, Amy Harwell, Houston Goddard, Kit Thomas, Ben Leonard, Aly Finn, Satyra Deaver, and Megan Wartner) to view and duplicate all records in possession of the Court related to this matter—including sealed documents pertinent to Mr. Fackrell, original documents filed with or presented to the Court outside of the ECF system (including review of a complete docket sheet for sealed and ex parte entries, verdict forms, jury notes, and recordings or other materials not in the record), and all records related to the selection of the jury venire and jury selection (including qualification and case-related questionnaires in the original, educational pamphlets provided to the jury, strike lists, and attendance reports).

Counsel for Mr. Fackrell was party to communication between Mr. Fackrell's co-defendant (Christopher Emory Cramer) and staff in the Clerk's office regarding scanning equipment and will comply with notification and security requirements for entering the courthouse with that equipment. Those details are summarized in the proposed order accompanying this motion.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone:  (615) 736-5047
Fax:     (615) 736-5265
Email:   Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 1, 2022, Assistant United States Attorney Joseph Batte communicated that the Government does not oppose this motion.

*/s/ Kelley Henry*
Date: September 1, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: September 1, 2022