IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:16-cr-00026-MAC-ZJH-2 |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

---

**ORDER**

---

Ricky Fackrell's Unopposed Motion to Inspect and Duplicate Court Records is GRANTED. Kelley Henry, Amy Harwell, Houston Goddard, Kit Thomas, Ben Leonard, Aly Finn, Satyra Deaver, Megan Wartner, and members of Mr. Fackrell's federal habeas team are hereby authorized to view and duplicate all records in possession of the Court related to this matter, including sealed documents pertinent to Mr. Fackrell, original documents filed with or presented to the court outside of the ECF system (including review of a complete docket sheet for sealed and ex parte entries, verdict forms, jury notes, and recordings or other materials not in the record), and all records related to the selection of the jury venire and jury selection (including qualification and case-related questionnaires in the original, educational pamphlets provided to the jury, strike lists, and attendance reports).

Should members of Mr. Fackrell's federal habeas team wish to duplicate or scan documents, they shall coordinate with Brandy Fairley to schedule viewing times and shall provide specific descriptions of the electronic equipment that will be used to duplicate or scan documents, along with a list of persons who will be entering the courthouse and their roles.

**IT IS SO ORDERED.**