**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:16-CR-26 |
| | § | |
| RICKY ALLEN FACKRELL (2) | § | |

## ORDER

Pending before the court is Defendant Ricky Allen Fackrell's ("Fackrell") Motion to Inspect and Duplicate Court Records (#779). The Government has indicated that it is unopposed to the motion. Having considered the motion, the record, and the applicable law, the court finds that the motion should be GRANTED. Fackrell's habeas team is authorized to view and duplicate any records pertinent to Fackrell in possession of the court related to sealed documents and documents filed with or presented to the court outside of the ECF system (including review of a complete docket sheet for sealed and ex parte entries, verdict forms, jury notes, and recordings or other materials not in the record). The habeas team may also view and duplicate records related to the selection of the jury venire and jury selection (including qualification and case-related questionnaires, educational pamphlets provided to the jury, strike lists, and attendance reports) that have been redacted by court staff to remove personal information (including birth day and month, street address, phone number, and e-mail address) of the venire and jury members to protect their privacy. The court emphasizes that these documents may only be used for the purposes of Fackrell's habeas proceeding and shall not be used in any other case or for any other purpose. These documents are not to be disseminated outside the habeas team. Habeas counsel shall be responsible for ensuring that any copies have been returned to the court or destroyed within 30 days of the conclusion of the habeas proceedings.

SIGNED at Beaumont, Texas, this 6th day of September, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE