IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:16-cr-00026-MAC-ZJH-2 |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

---

**ORDER**

---

Ricky Fackrell's Unopposed Motion to Exceed Page Limit is GRANTED.

IT IS THEREFORE ORDERED the Ricky Fackrell is authorized to exceed the

page limit established by local rule for motions filed pursuant to 28 U.S.C. § 2255 and

file an over-length petition.