IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:16-cr-00026-MAC-ZJH-2 |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Ricky Fackrell respectfully submits this motion for leave to file his motion to vacate pursuant to 28 U.S.C. 2255 under seal pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Eastern District of Texas Local Rule CV-5. In support of this motion, Mr. Fackrell states the following:

Although the Supreme Court has recognized the existence of a "general right to inspect and copy public records and documents, including judicial records and documents," that right is not absolute. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597–98 (1978). The decision whether to allow public access to court records is left to the "sound discretion of the trial court . . . to be exercised in light of the relevant facts and circumstances of the particular case." *Id.* at 599. The Fifth Circuit has not assigned a particular weight to the presumption of public access, nor has the court interpreted the presumption as creating a burden of proof. *Bradley v. Ackal*, 954 F.3d 216, 225 (5th Cir. 2020). The Fifth Circuit has, however, instructed that courts

considering motions to seal to "balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

The motion refers both to information relating to Government cooperators and informants as well as to information concerning medical and mental health conditions that are protected under HIPPA. The Government, through Assistant United States Attorney Bradley Viosky, has stated that they have no objection to this motion.

Accordingly, Mr. Fackrell respectfully requests that the Court grant his motion to file under seal.

Dated: March 20, 2023

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone:  (615) 736-5047
Fax:     (615) 736-5265
Email:   Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 17, 2023, Assistant United States Attorney Joseph Batte communicated that the Government does not oppose this motion.

*/s/ Kelley Henry*
Date: March 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: March 20, 2023