IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:16-cr-00026-MAC-ZJH-2 |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

---

## ORDER

---

Ricky Fackrell's Unopposed Motion to File Under Seal is GRANTED.

IT IS THEREFORE ORDERED that Ricky Fackrell is authorized to file his motion for relief under 28 U.S.C 2255 under seal.