IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:16-cr-00026-MAC-ZJH-2 |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

---

### PETITIONER'S NOTICE OF FILING

---

Ricky Fackrell, by counsel, hereby gives notice of filing his Motion for Collateral Relief to Vacate, Set Aside, or Correct Sentence and for a New Trial. The Motion, which is being submitted under seal without objection, was submitted to the Court for filing via a link to a secure site for downloading a large number of exhibits.

Dated: March 20, 2023

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # TN 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
kelley_henry@fd.org


/s/ Amy D. Harwell
Amy D. Harwell, BPR # TN 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
amy_harwell@fd.org

/s/ J. Houston Goddard
J. Houston Goddard, BPR # NY 4545851
Assistant Federal Public Defender
Office of the Federal Public Defender for
the Middle District of Tennessee
houston_goddard@fd.org


/s/ Kit Thomas
Kit Thomas, BPR # WV 13477
Assistant Federal Public Defender
Office of the Federal Public Defender for
the Middle District of Tennessee
kit_thomas@fd.org

810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047 (P)
615.736.5265 (F)


*Counsel for Movant Ricky Allen Fackrell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the

Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: March 20, 2023